IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TONJIA PATTERSON, WIFE AND NEXT OF KIN TO LESTER PATTERSON, DECEASED )<br><br>    Plaintiff, )<br><br>vs. )<br><br>CNA FINANCIAL CORPORATION AND TRANSPORTATION INSURANCE COMPANY )<br><br>    Defendants. ) | CIVIL ACTION<br>FILE NO.: 7:08-CV-11-HL |

**ORDER DISMISSING CNA FINANCIAL CORPORATION AS AN IMPROPER PARTY AND DISMISSING PLAINTIFF'S CLAIMS UNDER O.C.G.A. §§ 33-4-6, 51-7-84, 33-7-11(J), AND FOR PUNITIVE DAMAGES, INCLUDING PURSUANT TO O.C.G.A. § 51-12-5.1, AGAINST TRANSPORTATION INSURANCE COMPANY**

The Parties having moved this Court for an Order dismissing CNA Financial Corporation ("CNA Financial") as an improper party and dismissing Plaintiff's claims under O.C.G.A. §§ 33-4-6, 51-7-84, 33-7-11(j), and for punitive damages, including pursuant to O.C.G.A. § 51-12-5.1, against Transportation Insurance Company ("Transportation"),

IT IS HEREBY ORDERED that CNA Financial is dismissed as an improper party in this case and that Plaintiff's claims under O.C.G.A. §§ 33-4-6, 51-7-84, 33-7-11(j), and for punitive damages, including pursuant to O.C.G.A. § 51-12-5.1, against Transportation Insurance Company ("Transportation") are dismissed.

SO ORDERED this 20th day of May, 2009.

*s/   Hugh Lawson*
Judge, Hugh Lawson

PREPARED BY:

*/s/ Ann H. Bracco*
DAVID F. ROOT
State Bar No. 614125
ANN H. BRACCO
State Bar No. 363945
CARLOCK, COPELAND & STAIR, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1235
404-522-8220
*Attorneys for Defendants*


CONSENTED TO:

*/s/ Stephen L. Ivie*
STEPHEN L. IVIE
State Bar No. 385550
Stephen L. Ivie, P.C.
335 McLendon Street
P. O. Box 825
Ashburn, Georgia 31714-0825
229-567-2414
*Attorney for Plaintiff*
THOMAS C. JAMES, III
State Bar No. 389400
P. O. Box 4283
Macon, Georgia 31208
478-742-4280
tjames@jbpslaw.com
*Attorney for Plaintiff*