IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TONJIA PATTERSON, wife and next of kin to LESTER PATTERSON, deceased, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 7:08-CV-11-HL |
| v. | : : | |
| CNA FINANCIAL CORPORATION and TRANSPORTATION INSURANCE COMPANY | : : : : : | |
| Defendants. | : : | |

# **ORDER**

Presently pending before this Court are Plaintiff's Motion for Partial Summary Judgment (Doc. 16), Defendants' Motion for Summary Judgment (Doc. 20), Plaintiff's Motion for Partial Summary Judgment (Doc. 40), and Plaintiff's Amended Motion for Summary Judgment (Doc. 52). After these Motions were filed, the parties filed and the Court granted (Doc. 57) a Consent Motion to Dismiss Improper Party and Claims (Doc. 56). This resulted in the dismissal of CNA Financial Corporation as a party, and the dismissal of Plaintiff's claims against Transportation Insurance Company that arose under O.C.G.A. §§ 33-4-6, 51-7-84, 33-7-11(j), and 51-12-5.1. In light of the dismissal of these claims, the pending Motions are all denied as moot. The parties shall have until July 1, 2009, to file supplemental motions for summary judgment on the remaining claims.

**SO ORDERED**, this the 27th day of May, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc